PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Irving Mangel                                   Cr.: 2:02CR-00084-002

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 02/15/06

Original Offense: False Statements to a Financial Institution

Original Sentence: One (1) day imprisonment

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/15/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Offender failed to pay $10,000 fine by March 17, 2006, due to financial difficulties. |
| 2. | Offender stating that the sentencing Court will allow travel while on home confinement. |

U.S. Probation Officer Action:

1) Due to offender's current inability to pay $10,000 by March 17, 2006, he will be allowed an extension to August 15, 2006 to pay his fine in full. 2) The offender will not be allowed to travel while on home confinement.

Respectfully submitted,

By: Janice L. Fink
Senior U.S. Probation Officer
Date: 03/27/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4-10-06
Date