PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Irving Mangel                                  Cr.: 2:02CR-00084-002

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr., U.S.D.J

Date of Original Sentence: 02/15/06

Original Offense: False Statements to a Financial Institution

Original Sentence: One (1) day Imprisonment; 3 years Supervised Release

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/15/06

### PETITIONING THE COURT

[ ] To extend the term of supervision for          Years, for a total term of          Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition:

1) Offender shall pay his $10,000 fine by August 15, 2006.

### CAUSE

1) The offender was financially unable to pay the $10,000 fine by March 17, 2006, as ordered by the Court. He stated that he will be able to pay the fine in full by August 15, 2006. His current supervision officer has confirmed the offender's future financial status will ensure payment can be made by then.

Respectfully submitted,

By: Janice L. Fink
Senior U.S. Probation Officer
Date: 04/20/06

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-3-06
Date