**CARL D. POPLAR, P.A.**
A PROFESSIONAL CORPORATION
1010 KINGS HIGHWAY SOUTH
BUILDING TWO - SUITE A
CHERRY HILL, NEW JERSEY 08034
(856) 216-9979
Attorneys for Defendant Samuel Mangel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>        vs.<br><br>SAMUEL MANGEL,<br><br>   Defendant | CRIMINAL NO.: 02-84-1 (JAG)<br><br>**ORDER TERMINATING**<br>**SUPERVISED RELEASE** |

IT IS on this 3rd day of November, 2008 ORDERED that the Defendant, Samuel Mangel's supervised release be terminated as of the 30th day of September, 2009.

BY THE COURT:

_____
Joseph A. Greenaway, Jr.
UNITED STATES DISTRICT JUDGE